**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

PATRICIA SKONIECZNY,            :   No. 207 WAL 2017
                     :
              Petitioner    :
                     :   Petition for Allowance of Appeal from
                     :   the Order of the Superior Court
           v.                  :
                     :
                     :
DANIEL W. COOPER, COOPER AND    :
LEPORE,                     :
                     :
           Respondents    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.